DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA Y. LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No.: 2:20-cv-00340-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Lucinda Y. Lawson and defendant Bank of America, N.A. (**BANA**), by and through their respective counsel, hereby request the Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, grant an extension of time for BANA to answer or otherwise plead in response to the complaint. In support of this stipulation, BANA states as follows:

1. Plaintiff filed the complaint on February 18, 2020. (ECF No. 1.) BANA received a copy of the summons and complaint on or about February 21, 2020. BANA's responsive pleading is due on or before March 13, 2020.

2. BANA is currently investigating the allegations of the complaint and needs additional time to conduct the investigation and respond to the complaint. The time within which to respond has not expired.

3. BANA's counsel contacted plaintiff's counsel to request his consent to this extension. plaintiff's counsel consents to BANA's request. The parties therefore stipulate to extend BANA's deadline to respond to the complaint by thirty (30) days, through April 13, 2020.

52306129;1

4. This stipulation is not made for the purpose of delay, and it will not prejudice the parties. The relief requested will not affect any other litigation deadlines in this case.

Respectfully submitted, this 11th day of March, 2020.

| **AKERMAN LLP** | **KRIEGER LAW GROUP, LLC** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Shawn W. Miller* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>SHAWN W. MILLER, ESQ.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, Nevada 89052 |
| *Attorneys for Bank of America, N.A.* | *Attorney for Lucinda Y. Lawson* |

**IT IS SO ORDERED**

**DATE: March 12, 2020**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:20-cv-00340-JCM-EJY