| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| | Nevada Bar No. 12503 |
| 2 | **CLARK HILL PLLC** |
| | 3800 Howard Hughes Drive, Suite 500 |
| 3 | Las Vegas, Nevada 89169 |
| | E-mail: jthompson@clarkhill.com |
| 4 | Telephone: (702) 862-8300 |
| | Facsimile: (702) 862-8400 |
| 5 | *Attorney for Defendant* |
| 6 | *Equifax Information Services LLC* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LUCINDA Y. LAWSON,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC;
BANK OF AMERICA, NA,

        Defendants.

Case No. 2:20-cv-00340-JCM-EJY

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 11, 2020 through and including **April 10, 2020**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

    Respectfully submitted, this 18th day of March, 2020.

CLARK HILL PLLC

By: /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

***No opposition***

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd.
Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

[signature]
United States Magistrate Judge

DATED: March 19, 2020