David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Lucinda Y. Lawson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA Y. LAWSON,<br><br>Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al,<br><br>Defendant(s). | Case No.: 2:20-cv-00340-JCM-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S MOTION TO DISMISS COMPLAINT**<br><br>(Third Request) |

LUCINDA Y. LAWSON ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BANA") hereby jointly move this Honorable Court allowing an extension of time for Plaintiff to file a response to BANA's Motion to Dismiss Plaintiff's Complaint.

The Motion to Dismiss was filed on April 13, 2020 and appears on the docket as ECF #10. Plaintiff requests and BANA does not oppose an extension of time for Plaintiff to respond to the Motion to Dismiss to **June 16, 2020**.

The reason for the request is because of COVID-19, which has caused communications with the Plaintiff to slow. Additionally, Plaintiff's counsel needs time to fully examine and respond to the

-1-

arguments and legal analysis set forth in the Motion to Dismiss, including the allegation that the account is a "user" account. This is Plaintiff's third request for an extension. BANA has agreed to the extension of time and will not be prejudiced. This motion has not been submitted for the purpose of delay or other impermissible purpose.

Dated:  Dated June 2, 2020.

Submitted by:                                                               No Opposition:

/s/ Shawn W. Miller                                                      /s/ Darren T. Brenner
David H. Krieger, Esq.                                               Darren T. Brenner, Esq.
Shawn W. Miller, Esq.                                               Jamie K. Combs, Esq.
KRIEGER LAW GROUP, LLC                                 AKERMAN LLP
2850 W. Horizon Ridge Pkwy., Suite 200            1635 Village Center Circle, Suite 200
Henderson, Nevada 89052                                     Las Vegas, Nevada  89134
*Attorneys for Plaintiff*                                              *Attorneys for Defendant*
                                                                                      *Bank of America, N.A.*

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2020