UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUCINDA LAWSON, | Case No. 2:20-CV-340 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Lawson v. Equifax Information Services, LLC et al.*, case number 2:20-cv-00340-JCM-EJY.  On April 13, 2020, defendant Bank of America, NA ("BANA") filed a motion to dismiss.  (ECF No. 10).  On June 25, 2020, plaintiff Lucinda Lawson ("Lawson") filed a notice of settlement with BANA.  (ECF No. 23).

Lawson and BANA represented that they intend to file dismissal paperwork within 60 days.  The court orders Lawson and BANA to file a stipulation to dismiss or a status report on or before August 25, 2020.  The court also denies BANA's motion to dismiss as moot in light of the parties' settlement.

Accordingly,

IT IS SO ORDERED.

DATED July 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**